

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

COMPLAINT UNDER CIVIL RIGHTS ACT 42 U.S.C. § 1983

Action Number

1:20cv754

(To be supplied by the Clerk, U.S. District Court)

Please fill out this complaint form completely. The Court needs the information requested in order to assure that your complaint is processed as quickly as possible and that all your claims are addressed. Please print/write legibly or type.

I. **PARTIES**

A. Plaintiff:
1. (a) Michael Eugene Lacey  (b) 243933
   (Name)                      (Inmate number)
   (c) 811 East City Hall Ave
   (Address)
   Norfolk, VA 23510

**Plaintiff MUST keep the Clerk of Court notified of any change of address due to transfer or release. If plaintiff fails to keep the Clerk informed of such changes, this action may be dismissed.**

Plaintiff is advised that only persons acting under the color of state law are proper defendants under Section 1983. The Commonwealth of Virginia is immune under the Eleventh Amendment. Private parties such as attorneys and other inmates may not be sued under Section 1983. In addition, liability under Section 1983 requires personal action by the defendant that caused you harm. Normally, the Director of the Department of Corrections, wardens, and sheriffs are not liable under Section 1983 when a claim against them rests solely on the fact that they supervise persons who may have violated your rights. In addition, prisons, jails, and departments within an institution are not persons under Section 1983.

B. Defendant(s):
1. (a) WTKR: Channel 3 CBS  (b) CBS: News Station
   (Name)                      (Title/Job Description)
   (c) 720 Boush ST
   (Address)
   Norfolk, VA 23510



2. (a) **Kofa Lasaka** (b) **News Reporter**
        (Name)                             (Title/Job Description)

   (c) **720 Boush St**
        (Address)

   **Norfolk, VA 23510**

3. (a) _____ (b) _____
        (Name)                             (Title/Job Description)

   (c) _____
        (Address)

If there are additional defendants, please list them on a separate sheet of paper. Provide all identifying information for each defendant named.

**Plaintiff MUST provide a physical address for defendant(s) in order for the Court to serve the complaint. If plaintiff does not provide a physical address for a defendant, that person may be dismissed as a party to this action.**

## II. PREVIOUS LAWSUITS

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment? Yes [ ]  No [✓]

B. If your answer to "A" is Yes: You must describe any lawsuit, whether currently pending or closed, in the space below. If there is more than one lawsuit, you must describe each lawsuit on another sheet of paper, using the same outline, and attach hereto.

    1. Parties to previous lawsuit:

    Plaintiff(s)_____

    Defendant(s)_____

    2. Court (if federal court, name the district; if state court, name the county):

    _____

    3. Date lawsuit filed:_____

    4. Docket number:_____

5. Name of Judge to whom case was assigned: Judge David W. Lannetti Norfolk Circuit Court

6. Disposition (Was case dismissed? Appealed? Is it still pending? What relief was granted, if any?): is still pending

## III. GRIEVANCE PROCEDURE

A. At what institution did the events concerning your current complaint take place:

B. Does the institution listed in "A" have a grievance procedure? Yes [ ] No [✓]

C. If your answer to "B" is Yes:

   1. Did you file a grievance based on this complaint? Yes [ ] No [✓]

   2. If so, where and when:

   3. What was the result?

   4. Did you appeal? Yes [ ] No [✓]

   5. Result of appeal:

D. If there was no prison grievance procedure in the institution, did you complain to the prison authorities? Yes [ ] No [✓]

   If your answer is Yes, what steps did you take?

E. If your answer is No, explain why you did not submit your complaint to the prison authorities: This is against WTKR Channel 3 new CBS for defamation/slander

## IV. STATEMENT OF THE CLAIM

State here the facts of your case. Describe how each defendant is involved and how you were harmed by their action. Also include the dates, places of events, and constitutional amendments you allege were violated.

If you intend to allege several related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.

Norfolk Police Department falsely gave a copy of my Driver's License picture to WTKR Channel 3 News (CBS) in Norfolk, VA. And, CBS placed this information on there news station, also there Breaking News App, this aired for (5) five days. Norfolk Police Department violated my 4th Amendment Right, I, wasnt under arrest WTKR Channel 3 News CBS, should have looked into the information first before they aired my picture and information. This makes CBS, liable for damages

## V. RELIEF

I understand that in a Section 1983 action the Court cannot change my sentence, release me from custody or restore good time. I understand I should file a petition for a writ of habeas corpus if I desire this type of relief. __ML__ (please initial)

The plaintiff wants the Court to: (check those remedies you seek)

__✓__ Award money damages in the amount of $ __100,000,000__

____ Grant injunctive relief by_____

____ Other_____

## VI. PLACES OF INCARCERATION

Please list the institutions at which you were incarcerated during the last six months. If you were transferred during this period, list the date(s) of transfer. Provide an address for each institution.

__Norfolk City Jail__

__811 East City Hall Ave__

__Norfolk, VA 23510__

## VII. CONSENT

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: The parties are advised of their right, pursuant to 28 U.S.C. § 636(c), to have a U.S. Magistrate Judge preside over a trial, with appeal to the U.S. Court of Appeals for the Fourth Circuit.

**Do you consent to proceed before a U.S. Magistrate Judge: Yes [✓] No [ ].** You may consent at any time; however, an early consent is encouraged.

## VIII. SIGNATURE

If there is more than one plaintiff, each plaintiff must sign for himself or herself.

Signed this __Michael__ day of __11__, 20__20__.

Plaintiff __Michael Eugene Lacey__

6.11.20

TO: Clerks Office
FROM: Mr. Michael Lacey
RE: Additional Information

On 6.17.19, An Incident took place, I, was badly bitten by a pitbull dog, on my lower left leg.
Norfolk Police Officer Jesse Amos put His hands in my pockets and remove my wallet which contained my Drivers' License.
I, also had my car keys, An Apple Watch.
This was done without a Search Warrant or my consent. Once Officer Jesse Amos patted me down and seen I had no weapons that should have been it.
Moving forward, NO police place me in An Ambulance And allowed me to go to Sentara Norfolk General Hospital without An officer in the Ambulance, or one following the Ambulance. So At the Corner of Redgate Ave and ↓

copy of my Driver's License, the handcuffs, and escape out of the ambulance. I stayed on the run from 6.17.20 until 6.20.20. The Norfolk Police Department placed a copy of my Driver's license picture on all (3) three news station.
Norfolk Police Department wasn't suppose to have my Drivers License. Without my Drivers license on that Appeareth Norfolk police can't link me to NO crime.
This is an Violation of my 4th Amendment Right.

* I have Transcripts that states from Officer Jesse Amos, that he was the one who searched me along with (3) three other officers who witness this an also stated on record that they saw Officer Jesse Amos put his hands in my pockets. I also have the Warrant that states I was Just "Detained" I wasn't arrest until 6.20.20 at 10:22 pm by Detective David Larry Todd.

3. I have been locked up for almost a year.
At this time I dont have the $350.00 or the $50.00
I would like to request permission to proceed in forma pauperis
thank you.

Sincerely,
Michael Lacey

P.S
Norfolk police illegally search and seized my car it's been in Lack's Towing since 6.17.19
For NO Reason
even after being given the wrong VA Tag --- 2441
Mines is URR 7851